IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROBERT HARRY KUNFERMAN,

    Plaintiff,                 JUDGMENT IN A CIVIL CASE

v.                                     10-cv-575-bbc

DAVID A. BACKSTROM,

    Defendant.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant David A. Backstrom granting his motion to dismiss this case for plaintiff's failure to comply with the statute of limitations.


By: *[signature]* Deputy Clerk                 1-7-11
    Peter Oppeneer, Clerk of Court                 Date